UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAWN RENE ZAMPKO,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No. 14-CV-04477-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE CONSENT / DECLINATION STATEMENTS** |

On October 6, 2014, Plaintiff filed his Complaint in this action.  ECF No. 1.  Neither party has filed a statement consenting or declining to proceed in this action before a United States Magistrate Judge.  Accordingly, the Court hereby ORDERS each party to file, by April 22, 2015, a statement indicating whether or not that party consents to proceed in this action before a United States Magistrate Judge.

**IT IS SO ORDERED.**

Dated: April 8, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No. 14-CV-04477-LHK
ORDER DIRECTING PARTIES TO FILE CONSENT / DECLINATION STATEMENTS