UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAWN RENE ZAMPKO,<br><br>          Plaintiff,<br><br>     v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>          Defendant. | Case No. 14-CV-04477-LHK<br><br>**ORDER DIRECTING DEFENDANT TO FILE CONSENT / DECLINATION STATEMENT** |

On April 8, 2015, this Court ordered "each party to file, by April 22, 2015, a statement indicating whether or not that party consents to proceed in this action before a United States Magistrate Judge." ECF No. 13. Plaintiff has consented to Magistrate Judge Jurisdiction and filed its statement on April 20, 2015. The Commissioner of Social Security has failed to comply with the Court's order of April 8, 2015.

The Commissioner is hereby ORDERED to file, by April 27, 2015, a statement indicating whether or not it consents to proceed in this action before a United States Magistrate Judge.

**IT IS SO ORDERED.**

Dated: April 23, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No. 14-CV-04477-LHK
ORDER DIRECTING DEFENDANT TO FILE CONSENT / DECLINATION STATEMENT