UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAWN RENE ZAMPKO,<br><br>   Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>   Defendant. | Case No. 14-CV-04477-LHK<br><br>**ORDER OF REFERRAL** |

  Based on the parties' consent to proceed before a United States Magistrate Judge for all purposes including trial and entry of judgment, *see* ECF Nos. 16, 18, the Court directs the Clerk to reassign this case to a United States Magistrate Judge in San Jose.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

**IT IS SO ORDERED.**

Dated: May 8, 2015

                  *Lucy H. Koh*
                  LUCY H. KOH
                  United States District Judge